**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

December 15, 2021

Honorable Paul J. Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    United States v. Daniel Nielsen
                 21 Cr. 189 (JPO)

Dear Judge Oetken:

The above referenced case is scheduled for a conference before the Court on December 17, 2021. By this letter, defendant Daniel Nielsen ("Nielsen") respectfully requests to adjourn this conference for approximately sixty days to a date convenient to the Court. Nielsen is reviewing the case and is engaged in plea negotiations with the government. If brought to Court, he would make the same application contained in this letter. Defendant wishes to avoid potential exposure to COVID, particularly the many currently prevalent variants. This application is made for that reason. Nielsen consents to exclusion of the time from December 17, 2021 to the next date set by the Court from Speedy Trial Act calculation. The government, by Assistant United States Attorney Andrew Jones, consents to this application.

Thank you for consideration of this request.

> Granted. The December 17, 2021 pretrial conference is adjourned to February 18, 2022, at 12:30 pm. The Court hereby excludes time through February 18, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  December 15, 2021

Very truly yours,

*Sanford Talkin*
Sanford Talkin

_____
J. PAUL OETKEN
United States District Judge